```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ABDER SALIM, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
|     v. | )    C.A. No. 20-11539-PBS |
| | ) |
| STEPHEN KENNEDY, | ) |
| | ) |
|     Respondent. | ) |
| | ) |

## ORDER

**August 17, 2020**

Saris, D.J.

*Pro se* litigant Abder Salim has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, a motion for leave to proceed *in forma pauperis*, and a motion for the appointment of counsel.  Upon review of these documents, the Court hereby orders:

1.  The motion for leave to proceed *in forma pauperis* is DENIED with regard to the filing fee.  Salim readily admits that he is able to afford the $5.00 filing fee.  Rather, he states that he seeks *in forma pauperis* for purposes of the appointment of counsel.

If Salim wishes to proceed with this action, he must, within twenty-eight days of the date of this order pay the $5.00 filing fee.  Failure to do so may result in the dismissal of this action without prejudice.

The Court GRANTS the motion to proceed *in forma pauperis* insofar as Salim seeks a determination that he is *financially* eligible for the appointment of counsel.

2.   The motion for appointment of counsel is DENIED without prejudice to reconsideration after the respondent has been served with and responded to the petition.

SO ORDERED.

                                         /s/ Patti B. Saris
                                         PATTI B. SARIS
                                         UNITED STATES DISTRICT JUDGE